UNITED STATES of America,
Appellee,

v.

Nelson FOURQUET, Defendant–Appellant.

No. 04–1995.

United States Court of Appeals,
Second Circuit.

Dec. 29, 2004.

Yuanchung Lee, New York, NY, for Defendant–Appellant.

Benjamin M. Lawsky, David M. Rody, Assistant U.S., Attorneys for the Southern District of New York, for Appellee.

Present: NEWMAN, POOLER, and KATZMANN, Circuit Judges.

### SUMMARY ORDER

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court's judgment be **AFFIRMED.**

We assume the parties' familiarity with the facts, proceedings below, and specification of appellate issues and hold as follows.

All of defendant-appellant Nelson Fourquet's arguments are made pursuant to *Blakely v. Washington,* — U.S. —, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). The mandate in this case, therefore, will be held pending the Supreme Court's decision in *United States v. Booker,* — U.S. —, 125 S.Ct. 11, 159 L.Ed.2d 838, and *United States v. Fanfan,* — U.S. —, 125 S.Ct. 12, 159 L.Ed.2d 838 (2004). Should any party believe there is a need for the district court to exercise jurisdiction prior to the Supreme Court's decision, it may file a motion seeking issuance of the mandate in whole or in part. Although any petition for rehearing should be filed in the normal course pursuant to Rule 40 of the Federal Rules of Appellate Procedure, the court will not reconsider those portions of its order that address defendant's sentence until after the Supreme Court's decision in *Booker* and *Fanfan.* In that regard, the parties will have until 14 days following the Supreme Court's decision to file supplemental petitions for rehearing in light of *Booker* and *Fanfan.*

We therefore affirm the judgment of the district court.